BURNHAM, Respondent, v. FRANKLIN, Appellant. (Supreme Court, Appellate Divi-

sion, First Department. December 11, 1903.) Action by Frederick A. Burnham against Charles L. Franklin. R. S. White, for appellant. S. T. Tyng, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.